FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>Defendant. | ORDER |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, the Court hereby GRANTS Plaintiff/Counterclaim Defendant Veolia Water Solutions & Technologies Support's and Defendant/Counterclaim Plaintiff Siemens Industry, Inc.'s Joint Motion for Modification of Claim Construction Dates Pursuant to Case Management Order. The Court's Case Management Order is amended as follows:

    a.    Close of claim construction discovery: October 12, 2012.

    b.    Opening briefs on claim construction: November 12, 2012.

    c.    Responsive briefs on claim construction: December 19, 2012.

    d.    The parties perceive the need for a claim construction hearing.

SO ORDERED, this the __12__ day of September, 2012.

_____
The Honorable Louise W. Flanagan
United States District Judge for the
Eastern District of North Carolina