UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:11-cv-00296-FL

VEOLIA WATER SOLUTIONS &
TECHNOLOGIES SUPPORT

    Plaintiff,

v.

SIEMENS INDUSTRY, INC.,

    Defendant.

**ORDER**

For good cause shown, the Court hereby GRANTS Siemens Industry Inc.'s ("Siemens") motion to seal Exhibit C to Veolia's Memorandum to Special Master in Support of Motion to Amend Protective Order [D.98], Exhibit D to Veolia's Memorandum to Special Master in Support of Motion to Amend Protective Order [D.99], Exhibit A to Siemens' Responsive Memorandum to Veolia's Memorandum to Special Master re Motion to Amend Protective Order, and Exhibit B to Siemens' Responsive Memorandum to Veolia's Memorandum to Special Master re Motion to Amend Protective Order. The Court finds that these documents contain confidential commercial information proprietary to Siemens and that public dissemination of this information would harm Siemens. Accordingly, this harm outweighs any right to access granted by common law.

THEREFORE, it is ORDERED that Exhibit C to Veolia's Memorandum to Special Master in Support of Motion to Amend Protective Order [D.98], Exhibit D to Veolia's Memorandum to Special Master in Support of Motion to Amend Protective Order [D.99], Exhibit A to Siemens' Responsive Memorandum to Veolia's Memorandum to Special Master re

Motion to Amend Protective Order, and Exhibit B to Siemens' Responsive Memorandum to Veolia's Memorandum to Special Master re Motion to Amend Protective Order will be sealed.

This __9__ th day of __OCTOBER__, 2012

_____
The Honorable Louise W. Flanagan
United States District Judge