UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>Defendant. | ORDER |

For good cause shown, the Court hereby GRANTS the motion by Siemens Industry, Inc. ("Siemens") to seal Exhibit D to Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Compel Production of Documents Defendant Claims Are Privileged [D.169]. The Court finds that this document contains confidential commercial information proprietary to Siemens, and that public dissemination of this information would harm Siemens. Accordingly, this harm outweighs any right to access granted by common law.

THEREFORE, it is ORDERED that Exhibit D to Veolia's Motion to Compel Production of Documents Defendant Claims Are Privileged [D.169] will be sealed.

This _20_th day of _May_, 2013.

_____
The Honorable Louise W. Flanagan
United States District Judge