UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) ) |
| SIEMENS INDUSTRY, INC., | ) ) |
| Defendant. | ) ) |

This cause comes before the Court upon Plaintiff's motion to compel. (DE-169). The parties having informed the Court that the discovery matter in dispute has been resolved, Plaintiff's motion to compel (DE-169) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 2nd day of July, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

1