UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | **ORDER** ) ) |
| SIEMENS INDUSTRY, INC., | ) ) |
| Defendant. | ) |

This cause comes before the Court upon Defendant's motion to compel the production of documents and a privilege log. (DE-201). The parties having informed the Court that the discovery matter in dispute has been resolved, Defendant's motion to compel (DE-201) is DENIED AS MOOT. The motion hearing scheduled in this case for Friday, October 18, 2013 is accordingly cancelled.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 15th day of October, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE