**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No.: 5:11-cv-00296-FL**

|  |  |  |
|---|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT | ) ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| SIEMENS INDUSTRY, INC., | ) ) | |
| Defendant. | ) ) | |

For good cause shown, the Court hereby GRANTS Siemens Industry Inc.'s ("Siemens")

motion to seal portions of Veolia Water Solutions & Technologies Support's ("Veolia")

Memorandum in Support of Veolia's Motion for Partial Summary Judgment (D.216), to seal

portions of Exhibit C thereto, and to seal in full Exhibits B and D.  The Court finds that these

documents contain confidential commercial and technical information, and that public

dissemination of this information would harm Siemens.  Accordingly, this harm outweighs any

public right to access.

THEREFORE, it is ORDERED that portions of Veolia's Memorandum in Support of

Veolia's Motion for Partial Summary Judgment (D.216), portions of Exhibit C, and Exhibits B

and D in their entirety will be sealed.

This ____5th day of November, 2013.

The Honorable Louise W. Flanagan
United States District Court Judge