UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    ORDER |
| SIEMENS INDUSTRY, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

For good cause shown, the Court hereby GRANTS Siemens Industry Inc.'s ("Siemens") motion to seal portions of Siemens' concurrently filed Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment (D. 213) and exhibits A, B, F, G, I, K, P, R, S, T, and U to the concurrently filed Declaration of Hasan M. Rashid in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment (D. 213) ("Rashid Declaration"). The Court finds that these documents contain confidential commercial and technical information, and that public dissemination of this information would harm Siemens. Accordingly, this harm outweighs any public right to access.

THEREFORE, it is ORDERED that portions of Siemens' Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment (D. 213) and exhibits A, B, F, G, I, K, P, R, S, T, and U to the Rashid Declaration will be sealed.

This _25_th day of November, 2013.

_____
The Honorable Louise W. Flanagan
United States District Judge