THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) ) |
| SIEMENS INDUSTRY, INC., | ) ) |
| Defendant/Counterclaimant. | ) |

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

Having shown good cause, the Court GRANTS Plaintiff Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Seal. The Court finds that Veolia has shown that public dissemination of the contents of document D.228-1, Exhibit C to Declaration of Hasan M. Rashid in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment [D.223] (the "Declaration"), proposed sealed document D.228-2, Exhibit D to the Declaration, proposed sealed document D.228-3, Exhibit E to the Declaration, proposed sealed document D.228-4, Exhibit O to the Declaration and proposed sealed document D.228-5, Exhibit Q to the Declaration would do substantial competitive harm to Veolia. As a result, the Court finds the harm to Veolia outweighs the public's First Amendment right of access.

THEREFORE, it is ORDERED that Exhibits C [D.228-1], D [D.228-2], E [D.228-3], O [D.228-4] and Q [D.228-5] remain sealed.

This the  26th  day of   November   2013.

_____
The Honorable Louise W. Flanagan
United States District Judge for the
Eastern District of North Carolina