THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>SIEMENS INDUSTRY, INC., )<br>)<br>Defendant/Counterclaimant. ) | ORDER GRANTING PLAINTIFF'S MOTION TO SEAL |

Having shown good cause, the Court GRANTS Plaintiff Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Seal. The Court finds that Veolia has shown that public dissemination of the contents of document D.240, Exhibit A to Veolia's Reply in Support of Motion for Partial Summary Judgment would do substantial competitive harm to Veolia. As a result, the Court finds the harm to Veolia outweighs the public's First Amendment right of access.

THEREFORE, it is ORDERED that Exhibits A [D.240] remain sealed.

This the  7th  day of      January     2014.

*[signature: Louise W. Flanagan]*

The Honorable Louise W. Flanagan
United States District Judge for the
Eastern District of North Carolina