IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT, ) ) ) Plaintiff/Counterclaim Defendant, ) ) v. ) ) SIEMENS INDUSTRY, INC., and ) EVOQUA WATER TECHNOLOGIES, ) LLC ) ) Defendants/Counterclaimants. ) | **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |

Having shown good cause, the Court GRANTS Plaintiff Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Seal. The Court finds that Veolia has shown that public dissemination of the contents of portions of D.285, Defendant Evoqua Water Technologies, LLC's ("Evoqua") Memorandum in Support of Its Motion for Summary Judgment of Invalidity; portions of D.286, Statement of Undisputed Material Facts in Support of Evoqua's Motion for Summary Judgment of Invalidity; and D.287-1 in its entirety, as well as other portions of D.287, Declaration of Christopher L. May in Support of Evoqua's Motion for Summary Judgment of Invalidity would do substantial competitive harm to Veolia. As a result, the Court finds the harm to Veolia outweighs the public's First Amendment right of access.

THEREFORE, it is ORDERED that the unredacted versions of D.285, Evoqua's Memorandum in Support of Its Motion for Summary Judgment of Invalidity; D.286, Statement of Undisputed Material Facts in Support of Evoqua's Motion for Summary Judgment of Invalidity; and D.287, Declaration of Christopher L. May in Support of Evoqua's Motion for Summary Judgment of Invalidity remain sealed. It is further ORDERED that D.287-1, Exhibit

1

12 to the Declaration of Christopher L. May in Support of Evoqua's Motion for Summary Judgment of Invalidity remain sealed.

This the 11th day of August, 2014.

*[signature: Louise W. Flanagan]*

The Honorable Louise W. Flanagan
United States District Judge