IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

**VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT,**

    Plaintiff,

    v.

**SIEMENS INDUSTRY, INC., and EVOQUA WATER TECHNOLOGIES LLC**

    Defendants.

**PROPOSED ORDER**

    For good cause shown, the Court hereby GRANTS Evoqua Water Technologies LLC's ("Evoqua") motion to seal Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Compel Discovery Responses and Documents From Defendants (D.274). The Court finds that this document contains confidential commercial information proprietary to Evoqua, and that public dissemination of this information would harm Evoqua. Accordingly, this harm outweighs any right to access granted by common law.

    THEREFORE, it is ORDERED that Veolia's Motion to Compel Discovery Responses and Documents From Defendants (D.274) will be sealed.

    This  12 th day of August, 2014.

    _____
The Honorable Louise W. Flanagan
United States District Judge