IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:11-cv-00296-FL

VEOLIA WATER SOLUTIONS & )
TECHNOLOGIES SUPPORT, )
)
    Plaintiff/Counterclaim Defendant, )
)
    v. )    **ORDER GRANTING PLAINTIFF'S**
)     **MOTION TO SEAL D.319**
SIEMENS INDUSTRY, INC., and )
EVOQUA WATER TECHNOLOGIES, )
LLC )
)
    Defendants/Counterclaimants. )

    Having shown good cause, the Court GRANTS Plaintiff Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Seal. The Court finds that Veolia has shown that public dissemination of the contents of D.319 would do substantial competitive harm to Veolia. As a result, the Court finds the harm to Veolia outweighs the public's common law right of access.

    THEREFORE, it is ORDERED that D.319, Exhibit J to the Declaration of Blake Wong in Support of Defendants Siemens Industry, Inc. and Evoqua Water Technologies, LLC's response to Veolia's motion to strike Defendants' amended invalidity contentions, remain sealed.

    This the 22nd day of September, 2014.

                                                              _____
                                                              The Honorable Louise W. Flanagan
                                                              United States District Judge