IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY, INC., and EVOQUA WATER TECHNOLOGIES LLC<br><br>Defendants. | ORDER |

For good cause shown, the Court hereby GRANTS Evoqua Water Technologies LLC's ("Evoqua") motion to seal Exhibits 16, 23, 24, and 25 to the Declaration of Blake Wong in Support of Defendants' Combined Opposition to Plaintiff's Motion to Compel (D.274) and Motion for Leave to File Second Amended Complaint (D.276). The Court finds that these documents contain confidential commercial information proprietary to Evoqua, and that public dissemination of this information would harm Evoqua. Accordingly, this harm outweighs any right to access granted by common law.

THEREFORE, it is ORDERED that Exhibits 16, 23, 24, and 25 to the Declaration of Blake Wong in Support of Defendants' Combined Opposition to Plaintiff's Motion to Compel (D.274) and Motion for Leave to File Second Amended Complaint (D.276) will be sealed.

This 1st day of October, 2014.

The Honorable Louise W. Flanagan
United States District Judge