**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:11-cv-00296-FL**

| | |
|---|---|
| **VEOLIA WATER SOLUTIONS &** **TECHNOLOGIES SUPPORT**, <br><br> Plaintiff, <br><br> v. <br><br> **SIEMENS INDUSTRY, INC. and** **EVOQUA WATER TECHNOLOGIES** **LLC**, <br><br> Defendants. | **ORDER GRANTING** **JOINT MOTION FOR MODIFICATION** **OF DISCOVERY DEADLINES** |

Plaintiff Veolia Water Solutions & Technologies Support's ("Veolia") and Defendant Evoqua Water Technologies LLC's ("Evoqua") joint motion for modification of discovery deadlines IS HEARBY GRANTED. The Court's Scheduling Order is amended as follows:

a. Close of fact discovery: December 31, 2014 (the parties may continue to take discovery on matters relevant to expert opinions during the expert disclosure period of discovery)

b. Opening expert reports: January 22, 2015

c. Rebuttal expert reports: March 13, 2015

d. Reply expert reports: March 27, 2015

e. Close of expert discovery: April 15, 2015

f. Deadline for dispositive motions: May 5, 2015

g. Earliest possible trial date: September 2, 2015

SO ORDERED, this the __2nd__ day of October, 2014.

The Honorable Louise W. Flanagan
United States District Judge for the
Eastern District of North Carolina