IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:11-cv-00296-FL

| | | |
|---|---|---|
| **VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT,** | ) ) ) | |
| **Plaintiff/Counterclaim Defendant,** | ) ) | |
| **v.** | ) ) ) | **ORDER GRANTING PLAINTIFF'S MOTION TO SEAL D.360, D.361, D.362** |
| **SIEMENS INDUSTRY, INC., and EVOQUA WATER TECHNOLOGIES, LLC** | ) ) ) ) | |
| **Defendants/Counterclaimants.** | ) | |

Having shown good cause, the Court GRANTS Plaintiff Veolia Water Solutions & Technologies Support's ("Veolia") Motion to Seal. The Court finds that Veolia has shown that public dissemination of the contents of D.360, D.361, and D.362 would do substantial competitive harm to Veolia. As a result, the Court finds the harm to Veolia outweighs the public's common law right of access.

THEREFORE, it is ORDERED that D.360, D.361, and D.362 remain sealed.

This the 13th day of November, 2014.

_____
The Honorable Louise W. Flanagan
United States District Judge