IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

| | |
|---|---|
| **VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT**, <br><br> Plaintiff, <br><br> v. <br><br> **SIEMENS INDUSTRY, INC. and EVOQUA WATER TECHNOLOGIES LLC**, <br><br> Defendants. | """""""ORDER GRANTING <br> JOINT MOTION FOR STAY OF <br> CURRENT DEADLINES |

The Court hereby GRANTS Plaintiff Veolia Water Solutions & Technologies Support's and Defendants Siemens Industry, Inc. and Evoqua Water Technologies LLC's joint motion for a stay of current deadlines through December 31, 2014. No later than December 31, 2014, the parties will either file a joint motion dismissing this case, or provide the Court with a report on the parties' progress in reaching a final settlement.

This, the 15th day of December, 2014.

_____
The Honorable Louise W. Flanagan
United States District Judge