IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>SIEMENS INDUSTRY, INC., AND EVOQUA WATER TECHNOLOGIES LLC )<br>)<br>Defendants/Counterclaimants. )<br>) | ORDER EXTENDING ALL CURRENT DEADLINES THROUGH FEBRAURY 18, 2105 AND REQUESTING STATUS REPORT |

The Court GRANTS Plaintiff Veolia Water Solutions & Technologies Support's and Defendants Siemens Industry, Inc. and Evoqua Water Technologies LLC's Motion for a one week stay of all current deadlines to extend to and through February 18, 2015, and further the Court orders Veolia and Defendants to submit a Joint Status Report regarding settlement no later than February 18, 2015.

This the  12th  day of February, 2015.

_Louise W. Flanagan_
The Honorable Louise W. Flanagan
United States District Judge