IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

| | |
|---|---|
| **VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**SIEMENS INDUSTRY, INC. and EVOQUA WATER TECHNOLOGIES LLC**,<br><br>　　　　Defendants. | **ORDER GRANTING<br>JOINT MOTION FOR ONE WEEK STAY<br>OF CURRENT DEADLINES** |

The Court hereby GRANTS Plaintiff Veolia Water Solutions & Technologies Support's and Defendants Siemens Industry, Inc. and Evoqua Water Technologies LLC's joint motion for a stay of current deadlines through March 11, 2015. No later than March 11, 2015 the parties will either file a joint motion dismissing this case, or provide the Court with a report on the parties' progress in reaching a final settlement.

　　　This, the  10th   day of _____March__, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Louise W. Flanagan_
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge