IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00296-FL

| | |
|---|---|
| VEOLIA WATER SOLUTIONS & TECHNOLOGIES SUPPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC., and EVOQUA WATER TECHNOLOGIES LLC<br><br>    Defendants. | ORDER |

For good cause shown, the Court hereby GRANTS Defendants' motion to seal two confidential exhibits introduced at the October 1, 2014 motions hearing: a confidential email (D.354) and an interrogatory response (D.355). The Court finds that these documents contain confidential commercial information proprietary to Defendants, and that public dissemination of this information would harm them. Accordingly, this harm outweighs any right to access granted by common law.

THEREFORE, it is ORDERED that two exhibits introduced at the October 1, 2014 motions hearing—the confidential email (D.354) and interrogatory response (D.355)—will be sealed.

This 11th day of March, 2015.

_____
The Honorable Louise W. Flanagan
United States District Judge