**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:11-cv-00296-FL**

| | |
|---|---|
| **VEOLIA WATER SOLUTIONS &** | |
| **TECHNOLOGIES SUPPORT,** | |
| | |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| | |
| **SIEMENS INDUSTRY, INC., and** | |
| **EVOQUA WATER TECHNOLOGIES LLC** | |
| | |
| Defendants. | |

For good cause shown, the Court hereby GRANTS Defendants' Motion to Seal the

redacted portions of Veolia's Reply in Furtherance of Its Motion to Strike Defendants' Amended

Invalidity Contentions (D.368, 369) and Exhibit B to that reply (D.369-1). The Court finds that

these documents contain information confidential to Defendants, and that public dissemination of

this information would harm them. Accordingly, this harm outweighs any right to access granted

by common law.

THEREFORE, it is ORDERED that the redacted portions of Veolia's Reply in

Furtherance of Its Motion to Strike Defendants' Amended Invalidity Contentions (D.368, 369)

and Exhibit B to that reply (D.369-1) will be sealed.

This 11th day of March, 2015.

_____
The Honorable Louise W. Flanagan
United States District Judge